IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHEQUITA L. JOINER                                                    PLAINTIFF
ADC #709661

v.                              No. 3:23-cv-254-DPM

SHERRY VANNATTAN and
TRAVIS ATKINSON                                                     DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 6*, as supplemented. Joiner's objections, *Doc. 9-1*, are overruled. Fed. R. Civ. P. 72(b)(3). Joiner emphasizes in her objection that her job was with Semah Tronix LLC, a private company, and that Vannattan and Atkinson were employees of that company. These facts do not change the result. Under the circumstances, Semah Tronix and its employees were state actors. *Americans United for Separation of Church and State v. Prison Fellowship Ministries, Inc.*, 509 F.3d 406, 422-23 (8th Cir. 2007).

Joiner's complaint will be dismissed without prejudice for failure to state a claim. This Court recommends that this dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2024