IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHEQUITA L. JOINER**
**ADC #709661**                                                                **PLAINTIFF**

v.                                    No. 3:23-cv-254-DPM

**SHERRY VANNATTAN and**
**TRAVIS ATKINSON**                                                            **DEFENDANTS**

JUDGMENT

Joiner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2024